O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKENZIE & OKRA FABRIC, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>BROADWAY TEXTILE, INC., a California corporation; MYUNG S. KIM, an individual; DEMORE, INC., a California corporaiton; TO WIN, INC., a California corporaiton; STACATO, INC., a California corporation dba CRECE; ~~BANABEE, INC., a California corporation~~; KILINA AMERICA, INC., a California corporation; JEONG MIN LEE, an individual; JANETTE FASHION, INC., a business entity form unknown; ANGELA COLLECTION, a business entity form unknown; SISI COLLECTION, INC., a California corporation; CHUN HUI AN, an individual,<br><br>            Defendants.<br>_____ | Case No. CV 12-06731 DDP (MANx)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>[Dkt. No. 81] |

     Presently before the court is a Motion to Dismiss filed by Defendants Dowel Tex, Inc., Angela Collection, Loila, Inc., Chris

1  Cha, and Yoosung Rhee (collectively, "Defendants").  Plaintiff,
2  represented by counsel, has not opposed the motion.  Accordingly,
3  the court GRANTS Defendants' Motion to Dismiss.
4     Central District of California Local Rule 7-9 requires an
5  opposing party to file an opposition to any motion at least twenty-
6  one (21) days prior to the date designated for hearing the motion.
7  C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that
8  "[t]he failure to file any required document, or the failure to
9  file it within the deadline, may be deemed consent to the granting
10 or denial of the motion."  C.D. Cal. L.R. 7-12.
11    The hearing on Defendants' motion was noticed for March 24,
12 2014.  Plaintiff's opposition was therefore due by March 3, 2014.
13 As of the date of this Order, Plaintiff has not filed an opposition
14 or any other filing that could be construed as a request for a
15 continuance.  Accordingly, the court deems Plaintiff's failure to
16 oppose as consent to granting the motion to dismiss, and GRANTS the
17 motion.

20 IT IS SO ORDERED.

23 Dated: March 10, 2014
24                                     DEAN D. PREGERSON
25                                     United States District Judge

2